216 P.3d 1242

# SUPREME COURT OF HAWAIʻI

State v. Edralin .................................... 29061     09/15/2009    Reversed & affirmed